UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANG DING,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents.<br>_____<br><br>LIANG DING,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY<br>IMMIGRATION PROCESSING<br>CENTER,<br><br>Respondents. | No. 1:26-cv-01217-DJC-SCR<br><br><br><br><br>No. 1:26-cv-04685-KES-EPG<br><br><br>RELATED CASE ORDER |

Examination of these actions reveals that they are related within the meaning of Local Rule 123(a).  Both actions involve the common parties, are based on the same or

1

a similar claim, and raise similar questions of fact and law.  *See* Local Rule 123(a)(1), (3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge; it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 1:26-cv-04685 is reassigned from the District Judge Kirk E. Sherriff and Magistrate Judge Erica P. Grosjean to the undersigned and Magistrate Judge Sean C. Riordan.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:26-cv-04685-DJC-SCR.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **June 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2